

**THE CITY OF NEW YORK**
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NEW YORK 10007

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**MELISSA WACHS**
*Assistant Corporation Counsel*
E-mail:mwachs@law.nyc.gov
Phone: (212) 442-6686
Fax: (212) 788-0902

February 10, 2012

Honorable Judge Gold (By ECF)
United States Magistrate Judge
Eastern District of New York
225 Camden Plaza East
Brooklyn, New York 11201

Re: J.A. an infant under the age of 18, by his M/N/G, Jessica Anderson vs. City of New York, et al.
11-CV-4533 (FB)(SG)

Your Honor:

I apologize to the Court and to my adversary for any inconvenience caused by my incorrectly characterizing the position of J.A.'s hands while in handcuffs.

Respectfully,

Melissa Wachs
Assistant Corporation Counsel
Special Federal Litigation Division

cc:
Robert E. Nicholson, Esq. (By ECF)
*Attorney for Plaintiff*
26 Court Street, Suite 2011
Brooklyn, New York 11242