UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

CIVIL ACTION NO.
CV11-4533

---

JOSEPH ANDERSON, AN INFANT UNDER THE AGE OF 18, BY HIS MOTHER AND NATURAL GUARDIAN JESSICA ANDERSON,

**JURY TRIAL DEMAND**

**AMENDED COMPLAINT**

Plaintiff,

vs.

CITY OF THE NEW YORK, NEW YORK CITY POLICE DEPARTMENT, DEPARTMENT OF EDUCATION AND INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITY EMPLOYEES AND POLICE OFFICERS OF THE NEW YORK CITY POLICE DEPARTMENT AND EMPLOYEES OF THE CITY OF NEW YORK DEPARTMENT OF EDUCATION AND OTHER KNOWN AND UNKNOWN LAW ENFORCEMENT AGENTS FOR THE CITY OF NEW YORK AND POLICE OFFICER GLADYS VAZQUEZ, SERGEANT MICHAEL SCAPARRO, POLICE OFFICER GARY VILLACRES, POLICE OFFICER JOSEPH SIMONE, SUSAN VOOGT, DENISE MURPHY AND DARLENE MCKAY

Defendants.

---

## COMPLAINT

### JURISDICTION

1. This action is brought pursuant to 42 U.S.C. Section 1983. Jurisdiction is based upon U.S.C section 1331 and 1343(1)(3)(4) and the4 aforementioned statutory provision. Plaintiff further invokes the pendent jurisdiction of this Court to hear and decide claims rising under State Law.

### PARTIES

2. Plaintiff is a resident of New York City.