UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

CIVIL ACTION NO.
CV11-4533

-----------------------------------------------------

JOSEPH ANDERSON, AN INFANT UNDER THE AGE
OF 18, BY HIS MOTHER AND NATURAL GUARDIAN
JESSICA ANDERSON,

**JURY TRIAL DEMAND**

**<u>AMENDED COMPLAINT</u>**

Plaintiff,

vs.

CITY OF THE NEW YORK, NEW YORK CITY POLICE DEPARTMENT, DEPARTMENT OF EDUCATION AND INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITY EMPLOYEES AND POLICE OFFICERS OF THE NEW YORK CITY POLICE DEPARTMENT AND EMPLOYEES OF THE CITY OF NEW YORK DEPARTMENT OF EDUCATION AND OTHER KNOWN AND UNKNOWN LAW ENFORCEMENT AGENTS FOR THE CITY OF NEW YORK AND POLICE OFFICER GLADYS VAZQUEZ, SERGEANT MICHAEL SCAPARRO, POLICE OFFICER GARY VILLACRES, POLICE OFFICER JOSEPH SIMONE, SUSAN VOOGT, DENISE MURPHY AND DARLENE MCKAY

Defendants.

-----------------------------------------------------

## <u>COMPLAINT</u>

### <u>JURISDICTION</u>

1. This action is brought pursuant to 42 U.S.C. Section 1983. Jurisdiction is based upon U.S.C section 1331 and 1343(1)(3)(4) and the4 aforementioned statutory provision. Plaintiff further invokes the pendent jurisdiction of this Court to hear and decide claims rising under State Law.

### <u>PARTIES</u>

2. Plaintiff is a resident of New York City.

10. Defendant City of New York as a matter of policy and practice has with deliberate indifference failed to adequately discipline, train or otherwise direct police officers, Law Enforcement Agents and other employees concerning the rights of citizens, thereby causing the Defendant officers and others in this case to engage in the unlawful conduct described above.

11. Defendant City of New York has with deliberate indifference failed to adequately sanction or discipline police officers and law enforcement agents , including the Defendants in this case, for violations of the constitutional rights of citizens, thereby causing police, including defendants in this case, to engage in unlawful conduct. Moreover, Defendant, City of New York has a history of police brutality and violation of individual rights and is or should be aware of the need to take such actions as are necessary to prevent a violation of individual rights from occurring.

12. Defendant, City of New York has with deliberate indifference failed to adequately sanction or discipline police officers and law enforcement agents including the Defendants in this case, who are aware of and subsequently conceal violations of the constitutional rights of people by other police officers and law enforcement agents , thereby causing and encouraging the police including Defendants in this case, to engage in unlawful conduct.

13. The actions of Defendants, acting under color of State law, deprived Plaintiff Joseph Anderson of his rights, privileges and immunities under the laws and Constitution of the United States, in particular, the right to be secure in his person and property, to be free from the excessive use of force and from false arrest, wrongful imprisonment, assault and battery, and to be free from Defendant's negligence, gross negligence and negligent hiring and supervision and to due process.

WHEREFORE PLAINTIFFS request the following relief:

a. Compensatory damages of $2,000,000 dollars.

b. Punitive damages of $4,000,000 dollars.

c. Reasonable Attorney fees and costs; and

d. Such other and further relief as to this Court appears reasonable and just.

_____
ROBERT E. NICHOLSON

_____
FREDERIC A. NICHOLSON

ATTORNEYS FOR PLAINTIFFS

DATED: April 11, 2012